435 A.2d 274

Commonwealth ex rel. Garvin v. Morris, Appellant.

 Argued December 4, 1980.

Drew Salaman, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Order affirmed.

BROSKY, J., filed a memorandum concurring opinion.

SPAETH, J., filed a memorandum dissenting opinion.